IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          No. 4:12-cr-242-DPM

FRED NEAL, JR.                                                        DEFENDANT

JUDGMENT

Before trial, the Court dismissed Counts 2 and 3 of the Indictment without prejudice. At trial, the Jury found Neal not guilty as to Count 1 of the Indictment. On Count 1 Neal is acquitted and discharged; the bond in this case is dissolved. Count 1 is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 June 2013